```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   CENTRAL DISTRICT OF CALIFORNIA
 9                          WESTERN DIVISION
10
11  BEVERLY ANN HUTSON,            )  No. ED CV 08-01085-VBK
                                   )
12              Plaintiff,         )  JUDGMENT
                                   )
13       v.                        )
                                   )
14  MICHAEL J. ASTRUE,             )
    Commissioner of Social         )
15  Security,                      )
                                   )
16              Defendant.         )
    _____ )
17
18       IT IS HEREBY ORDERED that the Decision of the Commissioner is
19  affirmed.
20       IT IS ALSO ORDERED that the matter is dismissed with prejudice.
21
22  DATED:  May 8, 2009                    /s/
                                     VICTOR B. KENTON
23                                   UNITED STATES MAGISTRATE JUDGE
```